Michael Delikat
John D. Giansello
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 506-5000

Attorneys for Defendants
Wyeth Pharmaceuticals and Sud Barik

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ANASTASIYA LANDA,

        Plaintiff,

-- v. --

WYETH PHARMACEUTICALS and
SUD BARIK,

        Defendants.
------------------------------------------------------------x

07 CIV 8351

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendant <u>WYETH PHARMACEUTICALS</u> ("Wyeth Pharmaceuticals") certifies as follows: (1) Wyeth Pharmaceuticals is an unincorporated division of Wyeth, which is a publicly traded corporation, incorporated under the laws of the State of Delaware; and (2) there is no publicly held corporation that owns 10% or more of Wyeth's stock.

DATED:    New York, New York
               September 25, 2007

                                 Respectfully submitted,

                                 Michael Delikat
                                 John D. Giansello
                                 ORRICK, HERRINGTON & SUTCLIFFE LLP
                                 666 Fifth Avenue
                                 New York, New York 10103
                                 Telephone: (212) 506-5000

                                 By _____
                                    John D. Giansello

                                 Attorneys for Defendant
                                 Wyeth Pharmaceuticals

OHS East:160308216.1