ORRICK, HERRINGTON & SUTCLIFFE LLP
666 FIFTH AVENUE, NEW YORK, NEW YORK 10103
TELEPHONE: (212) 506-5000
FACSIMILE: (212) 506-5151

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
ANASTASIYA LANDA,

            Plaintiff,

           -- v. --

WYETH PHARMACEUTICALS and
SUD BARIK,

           Defendants.
-----------------------------------------------------------x

Case No. 07-CV-8351 (HB)(THK)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                         : ss.:
COUNTY OF NEW YORK )

        Olga Fucci, being duly sworn, deposes and says:

    1.        I am over the age of 18 years and am not a party to this action, and am employed by Orrick, Herrington & Sutcliffe LLP.

    2.        On the 25th day of September, 2007, I served true copies of the Civil Cover Sheet, Notice of Removal, Rule 7.1 Statement, Individual Rules of Judge Baer and Magistrate Judge Katz, Procedures for Electronic Case Filing and 3rd Amended Instructions for Filing an Electronic Case or Appeal by placing true and correct copies thereof in a properly addressed and sealed envelope and depositing in the custody of the U.S. Postal Service within New York to the address below:

        THE LAW OFFICE OF WALKER G. HARMAN, JR.
        Walker G. Harman, Jr., Esq.
        1350 Broadway, Suite 1510
        New York, New York 10018

                                                                                        _____
                                                                                       Olga Fucci

Sworn to before me this
26th day of September, 2007

_____
Notary Public    THOMAS BACKIEL
                    Notary Public, State of New York
                    No. 01BA6083754
                    Qualified in Queens County
                    Commission Expires Nov. 25, 20 10