## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Answer to Amended Complaint was served this fifth day of November, 2007, by hand upon the following counsel of record at the address indicated:

        Walter G. Harman, Jr., Esq.
        Attorney at law
        1350 Broadway, Suite 1510
        New York, New York 10018

_____
John D. Giansello

OHS East:160308392.2