USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
ANASTASIYA LANDA,             :
                              : No. 07-Civ.-8351 (HB)(THK)
            Plaintiff,        :
                              :
      v.                      :
                              :
WYETH PHARMACEUTICALS and     :
SUD BARIK,                    :
            Defendants.       :
---------------------------------------------------------X

### STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed, by and between Plaintiff Anastasiya Landa and Defendants Wyeth Pharmaceuticals and Sud Barik, through their respective counsel undersigned below, that this entire action shall be, and the same is hereby, dismissed with prejudice, each party to bear his, her or its own costs of litigation and attorneys' fees.

Dated: February 8, 2008                    Dated: March 12, 2008

Walker G. Harmon, Jr.                      John D. Giansello (JG-0129)
1350 Broadway, Suite 1510                  ORRICK, HERRINGTON
New York, New York 10018                       & SUTCLIFFE LLP
Telephone: (212) 425-2600                  666 Fifth Avenue
                                           New York, New York 10103
                                           Telephone: (212) 506-5000

By _____                 By _____
    Walker G. Harmon, Jr.

Attorney for Plaintiff                     Attorneys for Defendants
Anastasiya Landa                           Wyeth Pharmaceuticals and Sud Barik

10

**ORDER**

It is so <u>ORDERED</u>, good cause appearing therefor, and this entire action is hereby dismissed with prejudice, each party to bear his, her or its own costs of litigation and attorneys' fees. The Clerk is instructed to close the case + Remove from my docket. March 17

Dated: February __, 2008.

_____
United States District Judge